



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | SEALED |
| v. | Case No. **CR 21-293-RAW** |
| STETSON BRUCE, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 2241(c), 2246(2)(A), 1151 & 1153]

Between on or about May 1, 2018 and May 31, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **STETSON BRUCE**, an Indian, did knowingly cause and attempt to cause R.W., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the defendant's penis and the anus of R.W., in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151 and 1153.

## COUNT TWO

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 2241(c), 2246(2)(A), 1151 & 1153]

Between on or about May 1, 2018 and May 31, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **STETSON BRUCE**, an Indian, did knowingly cause and attempt to cause R.W., a person who had not attained the age of 12 years, to engage in a sexual

act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the defendant's penis and the anus of R.W., in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151 and 1153.

CHRISTOPHER J. WILSON
Acting United States Attorney

_____
ANTHONY C. MAREK
State Bar of Michigan #P76767
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY